# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>        v.<br><br>Real Property Commonly Known as 423-425 NYS Route 32, Schuylerville, New York, *et al.*,<br><br>        Defendants. | Civil Action No. 1:18-CV-1183 (GTS/CFH)<br><br>**FINAL ORDER OF FORFEITURE** |

**THIS COURT** having before it the signed Settlement Agreement of the parties to the above-referenced action, and the parties having agreed to its term as indicated by their signatures, it is hereby,

**ORDERED** that 423 NYS Route 32, Schuylerville, New York, Tax Map ID: 194.-2-3.21, 427 NYS Route 32, Schuylerville, New York, Tax Map ID: 194.-2-3.1, and 431 NYS Route 32, Schuylerville, New York, Tax Map ID: 194.-2-4, shall be forfeited to the United States of America, pursuant to the terms of the Settlement Agreement, and it is further

**ORDERED** that the Court will enter final judgment dismissing the forfeiture action as to the real property commonly known as 425 NYS Route 32, Schuylerville, New York, Tax Map ID 194.-2-3.22, and it is further

**ORDERED** that the United States and Claimant Ryan Matthew Jones shall bear their own fees, costs, and expenses, and it is further

**ORDERED**, that this Court shall retain jurisdiction for the purposes of enforcing the terms of the Settlement Agreement, and it is further

**ORDERED**, that the Clerk of Court shall enter a judgment of forfeiture in accordance with the terms of this Order.

Dated: February 6, 2020

Hon. Glenn T. Suddaby
Chief U.S. District Judge