UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>  v.<br><br>$10,000 in U.S. Currency; $10,001 in U.S. Currency; and $1,233 in U.S. Currency,<br><br>        Defendants. | Civil Action No. 1:18-CV-1183 (GTS/CFH)<br><br>**FINAL ORDER OF FORFEITURE** |

**THIS COURT** having before it the United States' Motion to Strike the Claim and Answer of Keisha Robinson (ECF No. 43), Claimant Keisha Robinson's Response (ECF No. 47), and the United States' Reply (ECF No. 50), it is hereby

**ORDERED** that the United States' Motion is GRANTED, and it is further

**ORDERED** that the $21,234 in defendant currency at issue in this case shall be forfeited to the United States, and it is further

**ORDERED** that Claimant Robinson's Motion to Compel Discovery (ECF No. 46) is denied as moot, and it is further

**ORDERED** that the Clerk of Court shall enter final judgment and close this case.

**IT IS SO ORDERED.**

Dated: September 28, 2020

Glenn T. Suddaby
Chief U.S. District Judge